1  JoAnna M. Esty (State Bar No. 147903)
   Majesty Law Group PLC
2  6080 Center Drive
   6th Floor
3  Los Angeles, CA 90045
   jmesty@majestylaw.com
4
5  Telephone:  (310) 376-2512
   Facsimile:   (888) 618-0360
6
7  Attorneys for Plaintiff City of Inglewood.

8
                    UNITED STATES DISTRICT COURT
9
                    CENTRAL DISTRICT OF CALIFORNIA
10

11  CITY OF INGLEWOOD, a public          Case No.
12  entity                               **COMPLAINT FOR COPYRIGHT**
                                         **INFRINGEMENT**
13               Plaintiff,

14        vs.

15  JOSEPH TEIXEIRA and Does 1-10,       **JURY DEMAND**

16               Defendants.

17

18

19        Plaintiff City of Inglewood ("City") brings this Complaint against

20  Defendant Joseph Teixeira ("Teixeira") and Does 1–10 and upon personal

21

22  information as City's own activities and upon information and belief as to the

23  activities of others, as follows:

24

25

26

27

28

                              - 1 -
                              Complaint

## I.

### NATURE OF THE ACTION

1.     Plaintiff brings this Complaint for copyright infringement against the Defendant Teixeira under the copyright laws of the United States, 17 U.S.C. § 101 *et seq*. requesting actual damages stemming from Defendant's unauthorized exploitation of the City's copyrighted videos (the "Copyrighted Works") on the Defendant's website and other websites.

2.     Without Plaintiff's authorization, Defendant has copied and distributed no less than five (5) of Plaintiff's copyrighted works by making derivative works and posting copies of the derivative works on the Internet.

3.     As a result of the Defendant's misconduct, the City has suffered, and will continue to suffer, irreparable harm and damages.

4.     The Plaintiff files this lawsuit to recover its damage and to enjoin the Defendant from further unlawful conduct.

## II.

### JURISDICTION AND VENUE

5.     This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a) and 17 U.S.C. § 101 *et seq*.

6.     This Court has personal jurisdiction over Teixeira because Teixeira resides in this District and the acts complained of occurred in this District.

Complaint

7.   Venue is proper in this judicial district under 28 U.S.C. §§ 1391(b)(1) and 1391(c)(1) because this is a judicial district in which Teixeira resides and in which it is subject to the Court's personal jurisdiction

8.   Venue is also proper in this judicial district under 28 U.S.C. § 1400(a) because this is a civil action arising under an Act of Congress relating to copyrights.

### III.

### PARTIES

9.   Plaintiff, the City of Inglewood, is a public entity located in southern California. Plaintiff is a municipality incorporated under the laws of the State of California.

10.   The Plaintiff is the owner of all exclusive and substantial rights and privileges in the Copyrighted Works.

11.   The Defendant Teixeira resides at 9321 S. 2nd Avenue, Inglewood, CA 90305.  He is trading as Inglewoodwatchdog.wix.com and is also known as Dehol Trouth.

12.   The City is unaware of the true names and capacities of the defendants identified as Does 1–10, and therefore sues those defendants under fictitious names. Plaintiff will amend this Complaint to allege their true names and capacities when ascertained. Each of the fictitiously named defendants is responsible for the creation, publication, distribution, and display of the Defendant's infringing

- 3 -

materials. These fictitiously named defendants, along with Teixeira, are referred to collectively as "Defendants

## IV.

## COUNT 1

## COPYRIGHT INFRINGEMENT

13.     Plaintiff repeats and realleges the allegations made in paragraphs 1 through 40 as if fully set forth herein

14.     Plaintiff is, and at all relevant times have been, the copyright owner of exclusive rights under United States copyright with respect to certain copyrighted video recordings – the Copyrighted Works, including but not limited to the copyrighted video recordings identified in Exhibit A attached hereto and made a part hereof by reference.  Each of which is the subject of a valid application for a Certificate of Copyright Registration to be issued by the Register of Copyrights. True and correct copies of the applications for registration of the Works are attached as Exhibit A and are incorporated herein by reference.

15.     Among the exclusive rights granted to the Plaintiff under the Copyright Act are the exclusive rights to reproduce the Copyrighted Works and to distribute the Copyrighted Works to the public.

16.     Plaintiff in statutory compliance with California law and permits the unfettered viewing of the Copyrighted Works when requested by one of its citizens. Plaintiff also sells copies of the Copyrighted Works to its citizens.

Complaint

17.     Plaintiff is informed and believes that Defendant, without the permission or consent of Plaintiff, has made derivative works of the Copyrighted Works by reproducing the Copyrighted Works in substantial part.  The derivative works have no critical bearing on the substance or style of the original composition. The derivative works ("Infringing Copies") merely use the Copyrighted Works to get attention, generate income, and avoid having to create Defendant's own legitimate videos.

18.     Defendant has used and continues to use, online media distribution to distribute the Infringing Copies to the public, and/or to make the Infringing Copies available for distribution to others.  In doing so, Defendant has violated Plaintiff's exclusive rights of reproduction and distribution.

19.     Defendant's actions constitute infringement of Plaintiff's copyrights and exclusive rights under copyright. A list of files (Infringing Copies) that Defendant has made available for distribution to the public include, but are not limited to, the following:

7/20/2010 - https://www.youtube.com/watch?v=UyCqRiZXRH8
7/20/2010 - https://www.youtube.com/watch?v=ZruE0a1UF8g
5/22/2012 - https://www.youtube.com/watch?v=gUUZdTNe7CA
4/11/2013 - https://www.youtube.com/watch?v=-5VQZrW7BVY
4/23/2013 - https://www.youtube.com/watch?v=MZKTiutCjdI
2/11/2014 - https://www.youtube.com/watch?v=a1p3l0OmhGM

Complaint

20.     Plaintiff is informed and believes that the foregoing acts of infringement have been willful and intentional, in disregard of and with indifference to the rights of Plaintiff. As a result of Defendant's infringement of Plaintiff's copyrights and exclusive rights under copyright, the Plaintiff is entitled to damages for Defendant's infringement of each of the Copyrighted Works.

21.     Plaintiff further is entitled to their attorneys' fees and costs pursuant to 17 U.S.C. § 505.

22.     The conduct of Defendant is causing and, unless enjoined and restrained by this Court, will continue to cause Plaintiff great and irreparable injury that cannot fully be compensated or measured in money.

23.     Defendant's copyright infringement of the Copyrighted Works will continue to damage the City, causing irreparable harm for which there is no adequate remedy at law, unless it is enjoined by this Court.  Pursuant to 17 U.S.C. §§ 502 and 503, Plaintiff is entitled to injunctive relief prohibiting Defendant from further infringing Plaintiff's copyrights, and ordering Defendant to destroy all Infringing Copies made in violation of Plaintiff's exclusive rights.

**V.**

**<u>PRAYER FOR RELIEF</u>**

WHEREFORE, Plaintiff prays the Court for the following relief:

A.     Temporary and permanent injunctive relief enjoining future

1 | infringement of the Copyrighted Works;

2 |      B.    An award of actual damages and any additional profits attributable to

3
4 | Defendant's infringement;

5 |      C.    An award of costs and attorney's fees under 17 U.S.C. § 505 or any

6
7 | other applicable basis;

8 |      D.    An order directing Defendant to deliver up for impoundment all copies

9 | used or made in violation of Plaintiff's copyrights; and,

10
11 |      E.    Such other and further relief as this Court may deem just and proper.

12 | DATED:  March 9, 2015

13 | Respectfully submitted,

14
15 | MAJESTY LAW GROUP

16
17 | JoAnna M. Esty

---

- 7 -

Complaint

1

## **DEMAND FOR JURY TRIAL**

2

3

        Plaintiff City of Inglewood hereby demands a jury trial as to all triable

4

issues in this action.

5

6

DATED:  March 9, 2015

7

                                 Respectfully submitted,

8

9

                                   MAJESTY LAW GROUP

10

11

                                   JoAnna M. Esty

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Complaint

## **EXHIBIT A**

| **TITLE OF WORK** | **TYPE OF WORK** | **APPLICATION NO.** |
|---|---|---|
| 1. City of Inglewood Council Meeting, 8/30/2011 | Movie/Performing Arts | 1-2114118958 |
| 2. City of Inglewood Council Meeting, 9/13/2011 | Movie/Performing Arts | 1-2114119008 |
| 3. City of Inglewood Council Meeting, 4/17/2012 | Movie/Performing Arts | 1-2114119030 |
| 4. City of Inglewood Council Meeting, 5/22/2012 | Movie/Performing Arts | 1-2114118980 |
| 5. City of Inglewood Council Meeting, 4/23/2013 | Movie/Performing Arts | 1-2114119052 |
| 6. City of Inglewood Council Meeting, 6/18/2013 | Movie/Performing Arts | 1-2114119074 |
| 7. City of Inglewood Council Meeting, 8/27/2013 | Movie/Performing Arts | 1-2114118928 |

Complaint

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | | |
|---|---|---|
| City of Inglewood, a public entity | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No. |
| Joseph Teixeira and Does 1-10 | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Joseph Teixeira
9321 S. 2nd Avenue
Inglewood, California 90305

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:      JoAnna M. Esty
Majesty Law Group
6080 Center Drive
6th Floor
Los Angeles, CA 90045

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____            _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*




My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                            *Server's signature*

                                                  _____
                                                            *Printed name and title*

                                                  _____
                                                            *Server's address*

Additional information regarding attempted service, etc:

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

| I. (a) PLAINTIFFS ( Check box if you are representing yourself ☐ ) | DEFENDANTS ( Check box if you are representing yourself ☐ ) |
|---|---|
| CITY OF INGLEWOOD, a public entity | JOSEPH TEIXEIRA and Does 1-10 |

| (b) County of Residence of First Listed Plaintiff | County of Residence of First Listed Defendant |
|---|---|
| *(EXCEPT IN U.S. PLAINTIFF CASES)* | *(IN U.S. PLAINTIFF CASES ONLY)* |

| (c) Attorneys *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information. | Attorneys *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information. |
|---|---|
| JoAnna M. Esty<br>Majesty Law Group, PLC    Telephone: (310) 376-2512<br>6080 Center Drive, 6th Floor<br>Los Angeles, California 90045 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff

☒ 3. Federal Question (U.S. Government Not a Party)

☐ 2. U.S. Government Defendant

☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1. Original Proceeding

☐ 2. Removed from State Court

☐ 3. Remanded from Appellate Court

☐ 4. Reinstated or Reopened

☐ 5. Transferred from Another District (Specify)

☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No    ☐ **MONEY DEMANDED IN COMPLAINT:** $

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Copyright Act of 1976, Title 17, U.S.C. Section 101, et seq. - Action for unauthorized exploitation of copyrighted videos.

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☒ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | ☐ 190 Other Contract | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 196 Franchise | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 896 Arbitration | **REAL PROPERTY** | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 210 Land Condemnation | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| | ☐ 220 Foreclosure | ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/Accommodations | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| | | | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:**    Case Number:

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII.  VENUE**: Your answers to the questions below will determine the division of the Court to which this case will be initially assigned.  This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| QUESTION A:   Was this case removed from state court? | STATE CASE WAS PENDING IN THE COUNTY OF: | | INITIAL DIVISION IN CACD IS: |
|---|---|---|---|
| ☐ Yes   ☒ No<br><br>If "no," skip to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question E, below, and continue from there. | ☐ Los Angeles, Ventura, Santa Barbara, or San Luis Obispo | | Western |
| | ☐ Orange | | Southern |
| | ☐ Riverside or San Bernardino | | Eastern |

| QUESTION B:   Is the United States, or one of its agencies or employees, a PLAINTIFF in this action? | **B.1.** Do 50% or more of the defendants who reside in the district reside in Orange Co.?<br><br>*check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| ☐ Yes   ☒ No<br><br>If "no," skip to Question C. If "yes," answer Question B.1, at right. | | ☐ NO. Continue to Question B.2. |
| | **B.2.** Do 50% or more of the defendants who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)<br><br>*check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| | | ☐ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION C:   Is the United States, or one of its agencies or employees, a DEFENDANT in this action? | **C.1.** Do 50% or more of the plaintiffs who reside in the district reside in Orange Co.?<br><br>*check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| ☐ Yes   ☒ No<br><br>If "no," skip to Question D. If "yes," answer Question C.1, at right. | | ☐ NO. Continue to Question C.2. |
| | **C.2.** Do 50% or more of the plaintiffs who reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)<br><br>*check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| | | ☐ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION D: Location of plaintiffs and defendants? | **A.**<br>Orange County | **B.**<br>Riverside or San Bernardino County | **C.**<br>Los Angeles, Ventura, Santa Barbara, or San Luis Obispo County |
|---|---|---|---|
| Indicate the location(s) in which 50% or more of *plaintiffs who reside in this district* reside.  (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☒ |
| Indicate the location(s) in which 50% or more of *defendants who reside in this district* reside.  (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☒ |

| **D.1.  Is there at least one answer in Column A?** | **D.2.  Is there at least one answer in Column B?** |
|---|---|
| ☐ Yes   ☒ No<br><br>If "yes," your case will initially be assigned to the<br>SOUTHERN DIVISION.<br><br>Enter "Southern" in response to Question E,  below, and continue from there.<br><br>If "no," go to question D2 to the right. ➡ | ☐ Yes   ☒ No<br><br>If "yes," your case will initially be assigned to the<br>EASTERN DIVISION.<br><br>Enter "Eastern" in response to Question E,  below.<br><br>If "no," your case will be assigned to the WESTERN DIVISION.<br><br>Enter "Western" in response to Question E, below. ⬇ |

| QUESTION E: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, C, or D above: ➡ | WESTERN |

| QUESTION F: Northern Counties? | |
|---|---|
| Do 50% or more of plaintiffs or defendants in this district reside in Ventura, Santa Barbara, or San Luis Obispo counties? | ☐ Yes   ☒ No |

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**IX(a). IDENTICAL CASES**: Has this action been previously filed **in this court**?   ☒ NO   ☐ YES

If yes, list case number(s): _____

**IX(b). RELATED CASES**: Is this case related (as defined below) to any civil or criminal case(s) previously filed **in this court**?

☒ NO   ☐ YES

If yes, list case number(s): _____

**Civil cases** are related when they (check all that apply):

☐   A.  Arise from the same or a closely related transaction, happening, or event;

☐   B.  Call for determination of the same or substantially related or similar questions of law and fact; or

☐   C.  For other reasons would entail substantial duplication of labor if heard by different judges.

Note:  That cases may involve the same patent, trademark, or copyright is not, in itself, sufficient to deem cases related.

**A civil forfeiture case and a criminal case** are related when they (check all that apply):

☐   A.  Arise from the same or a closely related transaction, happening, or event;

☐   B.  Call for determination of the same or substantially related or similar questions of law and fact; or

☐   C.  Involve one or more defendants from the criminal case in common and would entail substantial duplication of labor if heard by different judges.

---

**X. SIGNATURE OF ATTORNEY
(OR SELF-REPRESENTED LITIGANT):** /s/ JoAnna M. Esty _____   DATE:  3/12/2015

**Notice to Counsel/Parties:** The submission of this Civil Cover Sheet is required by Local Rule 3-1.  This Form CV-71 and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.  For more detailed instructions, see separate instruction sheet (CV-071A).

---

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended.  Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability.  (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |