NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
JoAnna M. Esty (State Bar No. 147903)
Majesty Law Group PLC
6080 Center Drive
6th Floor
Los Angeles, CA 90045
Telephone: (310) 376-2512
Facsimile: (888) 618-0360

ATTORNEY(S) FOR: Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CITY OF INGLEWOOD, a public entity | CASE NUMBER: |
|---|---|
| Plaintiff(s), v. | |
| JOSEPH TEIXEIRA and Does 1-10 | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for ___City of Inglewood, a public entity___ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| CITY OF INGLEWOOD, a public entity | PLAINTIFF |
| JOSEPH TEIXEIRA | DEFENDANT |

March 12, 2015
Date

Signature: *(signed)* JoAnna M Esty

Attorney of record for (or name of party appearing in pro per):

City of Inglewood, a public entity