DAVIS WRIGHT TREMAINE LLP
THOMAS R. BURKE (State Bar No. 141930)
 thomasburke@dwt.com
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533
Telephone: (415) 276-6500
Fax: (415) 276-6599

DAVIS WRIGHT TREMAINE LLP
DAN LAIDMAN (State Bar No. 274482)
 danlaidman@dwt.com
DIANA PALACIOS (State Bar No. 290923)
 dianapalacios@dwt.com
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendant
Joseph Teixeira

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF INGLEWOOD, a public entity, | Case No. **2:15-cv-01815-MWF-MRW** |
| Plaintiff, | Assigned to the Hon. Michael Fitzgerald |
| vs. | **STIPULATION REGARDING BRIEFING SCHEDULE AND HEARING ON DEFENDANT'S MOTION TO DISMISS (F.R.C.P. 12(b)(6)) AND MOTION TO STRIKE (F.R.C.P. 12(f))** |
| JOSEPH TEIXEIRA and Does 1-10, | |
| Defendants. | |
| | [Proposed Order Concurrently Submitted] |
| | Action Filed: March 12, 2015 |

This Stipulation is entered by and between Plaintiff City of Inglewood (the "City") and Defendant Joseph Teixeira, through their respective counsel of record, with reference to the following facts:

1. The City filed its Complaint on March 12, 2015.

2. Mr. Teixeira was served with the Complaint on March 30, 2015, making his response due no later than April 20, 2015.

3. Mr. Teixeira intends to file a Motion to Dismiss under Fed. R. Civ. P. 12(b)(6), and a Motion to Strike under Fed. R. Civ. P. 12(f).

4. Counsel for the parties met and conferred regarding these anticipated Motions on April 9, 2015, and they have agreed to the following schedule:

   a. Mr. Teixeira will notice the hearing on his Motions for June 22, 2015.

   b. Mr. Teixeira's Motions and supporting papers will be filed no later than April 20, 2015.

   c. The City's opposition papers will be filed no later than May 18, 2015.

   d. Mr. Teixeira's reply papers will be filed no later than June 8, 2015.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that, subject to the approval of this Court:

   i. The hearing on Mr. Teixeira's Motion to Dismiss and Motion to Strike shall be set for June 22, 2015;

   ii. Mr. Teixeira's Motions and supporting papers will be filed no later than April 20, 2015;

   iii. The City's opposition papers will be filed no later than May 18, 2015.

///
///
///

1

STIPULATION
DWT 26645879v2 0200856-000001

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

      iv.  Mr. Teixeira's reply papers will be filed no later than June 8, 2015.

DATED:  April 16, 2015        MAJESTY LAW GROUP PLC
                                              JOANNA M. ESTY

By: /s/ JoAnna M. Esty
     The filer attests that JoAnna M. Esty's authorization to include her e-signature was obtained via email on April 16, 2015

     Attorneys for Plaintiff
     City of Inglewood

DATED:  April 16, 2015        DAVIS WRIGHT TREMAINE LLP
                                              THOMAS R. BURKE
                                              DAN LAIDMAN
                                              DIANA PALACIOS

By: /s/ Dan Laidman
            Dan Laidman

     Attorneys for Defendant
     Joseph Teixeira

2

STIPULATION
DWT 26645879v2 0200856-000001

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899