DAVIS WRIGHT TREMAINE LLP
THOMAS R. BURKE (State Bar No. 141930)
  thomasburke@dwt.com
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533
Telephone: (415) 276-6500
Fax: (415) 276-6599

DAVIS WRIGHT TREMAINE LLP
DAN LAIDMAN (State Bar No. 274482)
  danlaidman@dwt.com
DIANA PALACIOS (State Bar No. 290923)
  dianapalacios@dwt.com
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendant
Joseph Teixeira

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF INGLEWOOD, a public entity,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH TEIXEIRA and Does 1-10,<br><br>Defendants. | Case No. **2:15-cv-01815-MWF-MRW**<br><br>Assigned to the Hon. Michael Fitzgerald<br><br>**DECLARATION OF JOSEPH TEIXEIRA IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS (F.R.C.P. 12(b)(6)) AND MOTION TO STRIKE (F.R.C.P. 12(f)); EXHIBIT B**<br><br>Hearing Date: June 22, 2015<br>Time:        10:00 a.m.<br>Courtroom:   1600<br><br>[Notice of Motion and Motion to Dismiss (Rule 12(b)(6)); Notice of Motion and Motion to Strike (Rule 12(f)); Request For Judicial Notice; Declaration Of Dan Laidman; Notice Of Lodging Of DVDs with Exs. A, C-F; Notice Of Manual Filing; and [Proposed] Orders Filed Concurrently]<br><br>Action Filed: March 12, 2015 |

## DECLARATION OF JOSEPH TEIXEIRA

I, Joseph Teixeira, declare and state as follows:

1.     I am the defendant in this action.  I am over eighteen years of age.  I have personal knowledge of the facts contained in this declaration, except for those matters stated on information and belief, which I am informed and believe to be true.  If called upon to testify, I could and would competently testify to these facts.

2.     I have reviewed the Complaint in this action.  Paragraph 19 references and links to the Internet addresses for six YouTube pages.  These YouTube pages display videos that I created and posted to YouTube under an account that I maintain with the name "Dehol Truth."

3.     Attached as **Exhibit A** to the concurrently submitted Notice of Lodging is a DVD containing true and correct copies of these six videos that I created and posted to YouTube, and that are referenced and linked to in Paragraph 19 of the Complaint.  In particular:

    a.  **Exhibit A-1** (Video One):  This video is available at https://www.youtube.com/watch?v=UyCqRiZXRH8.  I created this video and posted it to YouTube at that address.  It is titled "James Butts Accuses The City Clerk Of Election Fraud," or "James T. Butts Jr. Accuses City Clerk Yvonne Horton of Election Fraud!"

    b.  **Exhibit A-2** (Video Two):  This video is available at https://www.youtube.com/watch?v=ZruE0a1UF8g.  I created this video and posted it to YouTube at that address.  It is titled "James T. Butts Jr. Misleads the Public About His Voter Registration."

    c.  **Exhibit A-3** (Video Three):  This video is available at https://www.youtube.com/watch?v=gUUZdTNe7CA.  I created this video and posted it to YouTube at that address.  It is titled "Lying Politicians," or "James T Butts Jr Alibi or apology."

1

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

      d.  **Exhibit A-4** (Video Four):  This video is available at https://www.youtube.com/watch?v=-5VQZrW7BVY.  I created this video and posted it to YouTube at that address.  It is titled "James T. Butts Jr. exploits the Murder of Fredrick Martin for his own political benefit."

      e.  **Exhibit A-5** (Video Five):  This video is available at https://www.youtube.com/watch?v=MZKTiutCjdI.  I created this video and posted it to YouTube at that address.  It is titled "Mayor James Butts Lies About Being a Hypocrite."

      f.  **Exhibit A-6** (Video Six):  This video is available at https://www.youtube.com/watch?v=a1p3l0OmhGM.  I created this video and posted it to YouTube at that address.  It is titled "Inglewood Mayor James Butts Lies, Hiding Dangerous Traffic Problems At The Forum," or "Mayor James T Butts Jr Lies, Hiding Dangerous Traffic Problems After Forum Event!"

4.     True and correct copies of screenshots of these YouTube pages from my account which are referenced and linked to in Paragraph 19 of the Complaint, and which display the videos that I created that are contained in Exhibit A, are attached as **Exhibit B** to this Declaration.  In particular:

      a.  **Exhibit B-1** (Video One):  This is a screenshot of the web page https://www.youtube.com/watch?v=UyCqRiZXRH8.

      b.  **Exhibit B-2** (Video Two):  This is a screenshot of the web page https://www.youtube.com/watch?v=ZruE0a1UF8g.

      c.  **Exhibit B-3** (Video Three):  This is a screenshot of the web page https://www.youtube.com/watch?v=gUUZdTNe7CA.

      d.  **Exhibit B-4** (Video Four):  This is a screenshot of the web page https://www.youtube.com/watch?v=-5VQZrW7BVY.

2

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

e. **Exhibit B-5** (Video Five):  This is a screenshot of the web page https://www.youtube.com/watch?v=MZKTiutCjdI.

f. **Exhibit B-6** (Video Six):  This is a screenshot of the web page https://www.youtube.com/watch?v=a1p3l0OmhGM.

5.     As referenced in Paragraph 19 of the Complaint and as reflected in Exhibit A-1 and Exhibit A-2, Video One and Video Two include clips from the July 20, 2010 Inglewood City Council meeting.  A true and correct copy of the City's official video recording of this Council meeting, which I obtained from the City of Inglewood, is included on the DVDs attached as **Exhibit C** to the concurrently submitted Notice of Lodging.

6.     As referenced in Paragraph 19 of the Complaint and as reflected in Exhibit A-3, Video Three includes clips from the May 22, 2012 Inglewood City Council meeting.  A true and correct copy of the City's official video recording of this Council meeting, which I obtained from the City of Inglewood, is included on the DVDs attached as **Exhibit D** to the concurrently submitted Notice of Lodging.

7.     As referenced in Paragraph 19 of the Complaint and as reflected in Exhibit A-6, Video Six includes clips from the February 11, 2014 Inglewood City Council meeting.  A true and correct copy of the City's official video recording of this Council meeting, which I obtained from the City of Inglewood, is included on the DVD attached as **Exhibit E** to the concurrently submitted Notice of Lodging.  The City's official video recording of the February 11, 2014 City Council meeting video is also available on the City of Inglewood's YouTube page at https://www.youtube.com/watch?v=PDwvv2XBu_8.

8.     As referenced in Paragraph 19 of the Complaint and as reflected in Exhibit A-5, Video Five includes clips from the April 23, 2013 Inglewood City Council meeting.  I do not have a copy of the City's official video recording of this Council meeting, but I am informed and believe that a copy of this video is included on the DVD attached as Exhibit F to the concurrently submitted Notice of Lodging.

3

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

On April 1, 2015, I submitted a request to the City under the California Public Records Act ("CPRA") for a copy of this video, and for copies of all of the other City Council meeting videos identified in the City's Complaint at page 9 (Complaint "Exhibit A"). As of the signing of this Declaration I have not received a response to this request.

9.    Paragraph 19 of the Complaint indicates that Video Four includes clips from an April 11, 2013 Inglewood City Council meeting. I believe that this is a mistake based on an erroneous reference in Video Four to an April 11 date, and that the Inglewood City Council did not hold a meeting on that date. I believe that Video Four includes footage from a video recording of an April 9, 2013 meeting of the Inglewood City Council. I do not have a copy of the City's official recording of the April 9, 2013 Council meeting. I submitted a CPRA request to the City for a copy of this video on April 7, 2015. As of the signing of this Declaration I have not received a response to this request.

10.    On April 1, 2015, I submitted a CPRA request to the City for copies of the copyright registration applications that are identified in the City's Complaint at page 9 (Complaint "Exhibit A"). As of the signing of this Declaration I have not received a response to this request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed this 13ᵗʰ day of April 2015, at Inglewood, California.

Joseph Teixeira

DECLARATION
DWT 26538317v1 0200856-000001

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

**MANUALLY LODGED, NOTICE OF LODGING**

# EXHIBIT A



# EXHIBIT B



Up Next        Autoplay ⓘ ⬤◯




James Butts exploits the murder of Fredrick Martin for his own political...
by Dehol Truth
301 views

James Butts Jr. Accuses
City Clerk Yvonne Horton
of Election Fraud!


James T. Butts Jr. Misleads the Public About His Voter Registration.
by Dehol Truth

May 11, 2013 Detroit City Clerk Debate between D. Etta Wilcoxon and Janice
by WilcoxonCityClerk
695 views


James T Butts Jr Alibi or apology
by Dehol Truth
301 views

James Butts Accuses The City Clerk Of Election Fraud


Dehol Truth
▶ Subscribe   0


Former City Clerk, Stephanie Haas, confronts Board of Aldermen after
by Pevec Press
695 views

301+ views

+ Add to   ↪ Share   ••• More        👍 👎


Mayor James Butts Lies About Being a Hypocrite
by Dehol Truth
301 views

Published on Feb 15, 2014
Then candidate James T. Butts Jr. apparently accuses Inglewood City Clerk Yvonne Horton and/or her staff of Election Fraud while he breaks just about every City Council rule he can.
See more of his bizarre behavior at: http://inglewoods.watchdog.xix.com/any...

SHOW MORE


Brown Act Violations By The Inglewood Planning Commission, August 6th 20147
by Dehol Truth
301 views


Steven Seagal: If The Truth Came Out, Obama Would Be Impeached
by Westinn Journalism
2,027,299 views

All Comments
ⓘ Comments are disabled for this video.


Mayor James T Butts Jr Lies, Hiding Dangerous Traffic Problems After Forum
by Inglewood's Watchdog
321 views


City clerk insults Christian Community
by Crockatron G1
615 views


James T Butts Jr Violates The Law To Get Reelected #2
by Inglewood's Watchdog
216 views


Butts has a fit at the Block Club Captains meeting
by Ed Fleming
601 views


James Butts Lies Hiding Dangerous Traffic Problems After Forum Events 2
by Inglewood's Watchdog
174 views


DEATH BY BUTT-SHOT: NJ Women CHARGED With MANSLAUGHTER In
by Hashiya Hendrix
6,575 views


@Twitter accuses Beyonce of shutting down 105 & park – AJ & FREE speak on
by love3a3007
24,319 views


Baby got Back 2013 Keys on Main SLC.mp4
by James Dale Smith
651 views


The Percells - What Are Boys Made Of. 1963 His Master's Voice – POP 1154
by Doo Wop Wim nevison
331 views


Senator David Norris recommends giving HOMOPHOBES a kick up the arse!
by Make Mearshore
431 views


OUT OF BOUNDS EP. 7: Kissing 50 Cent, Mens World Punishment, Redman hits
by theoutofboundsshow
961 views


Standing My Ground Against The Corruption In The Inglewood City
by ninrz000
247 views

SHOW MORE

 
**Exhibit B-1**

 



This is not a copy-righted film.

It is created from Public Records,
and provided free of charge,
for educational purposes
and you are <u>encouraged</u> to share it
with others.

James T. Butts Jr. Misleads the Public About His Voter Registration.

Dehol Truth

301+ views

Published on May 24, 2014

On July 20, 2010, "Mayoral Candidate" James Butts misled Inglewood's voters to hide the fact that he was not responsible enough to file his election documents on time. See more of his bizarre behavior at http://inglewoodwatchdog.wix.com/any...

Category        News & Politics
License         Standard YouTube License

SHOW LESS

All Comments

Comments are disabled for this video.

Up Next                              Autoplay


James T Butts Jr Alibi or apology
by Dehol Truth
201 views


Butts has a fit at the Block Club Captains meeting
by Ed Fleming
621 views


Mayor James Butts Lies About Being a Hypocrite
by Dehol Truth
201 views


James Butts Accuses The City Clerk Of Election Fraud
by Dehol Truth
201 views


Mayor James T Butts Jr Lies, Hiding Dangerous Traffic Problems After Forum
by Inglewood's Watchdog
301 views


Brown Act Violations By The Inglewood Planning Commission. August 6th 20147
by Dehol Truth
201 views


James T Butts Jr Violates The Law To Get Reelected #2
by Inglewood's Watchdog
201 views


sam butts jr! House of blues! remnant
by Harg Entertainment
600 views


James Butts Lies Hiding Dangerous Traffic Problems After Forum Events 2
by Inglewood's Watchdog
174 views


SAM "MAGIC SAM" BUTTS PRAISE BREAK (NHCC PRAISE BUMP)
by Harg Entertainment
3,376 views


Inglewood Street Tech - Darren Roth - General Foreman - Mayor James T. Butts
by Inglewood Cal
206 views


STADIUM APPROVED!!! "Rams 2 Inglewood" (Raw Video)
by RischPatRams
1,295 views


James Butts exploits the murder of Fredrick Menlin for his own political
by Dehol Truth
201 views


Inglewood's Illiterate Council"man" George Dotson Quickly Leaves the Room
by Ed Fleming
70 views


Inglewood Mayor James T. Butts on Stan Kroenke's NFL Stadium being shovel
by Eric Geier


Consumer Reports racial retaliation by Hyundai Motor America
by legalnoticee707
35,172 views


Mayor Butts at Inglewood Town Hall
by Ed Fleming
35 views


Super #1 Movie CLIP - No Cuts, No Buts (2010) HD
by MOVIECLIPS
115,334 views

James T. Butts Inglewood. City of Inglewood Daniel Tabor Mayor Race.
by InglewoodReports
250 views

Inglewood Mayor Race Candidate James T. Butts run off with Inglewood Mayor
by someshowsmexico
945 views

SHOW MORE

**Exhibit B-2**
























"Lying Politicians"

James T Butts Jr Alibi or apology


Dehol Truth

301+ views

Published on Dec 21, 2013
Inglewood's crooked Mayor James T. Butts Jr. nervously LIES, trying to establish an alibi for why he helped violate State Law for about 9 months, hiding the fact that IPD repeatedly refused to investigate a shocking.
See more of his bizarre behavior at: http://inglewoodwatchdog.wix.com/any. . .

Category      News & Politics
License        Standard YouTube License

SHOW LESS

All Comments

Comments are disabled for this video.

Exhibit B-3

YouTube ☰ ⋮                                            🔍                                                    Upload   Sign in



James T. Butts Jr.
__exploits__ the Murder of
Fredrick Martin
for his own political benefit.

Up Next                                    Autoplay ⓘ ◉


Mayor James Butts Lies About Being a
Hypocrite
by Dehol Truth
301 views


James Butts Accuses The City Clerk Of
Election Fraud
by Dehol Truth
301 views


James T. Butts Jr. Misleads the Public
About His Voter Registration
by Dehol Truth
301 views

James Butts exploits the murder of Fredrick Martin for his own political
benefit

  Dehol Truth
🔔 Subscribe  0

301+ views


Brown Act Violations By The Inglewood
Planning Commission, August 6th 2014?
by Dehol Truth
301 views


James T Butts Jr Alibi or apology
by Dehol Truth
301 views

➕ Add to   ↗ Share   ••• More                                              👍 👎

Published on Mar 3, 2014
Short documentary about the tragic murder of Inglewood resident Fredrick Martin and how an unethical politician, James Butts, apparently
exploited the death to gain national publicity for himself, only to later completely abandon his guarantees that the killers would be brought to
justice. See more of his bizarre behavior at: http://inglewoodswatchdog.wix.com/any ...

Category       News & Politics
License        Standard YouTube License

SHOW LESS


Mayor James T Butts Jr Lies, Hiding
Dangerous Traffic Problems After Forum
by Inglewoods Watchdog
521 views


James T Butts Jr Violates The Law To
Get Reelected #2
by Inglewoods Watchdog
216 views


James Butts Lies Hiding Dangerous
Traffic Problems After Forum Events 2
by Inglewoods Watchdog
173 views

All Comments
🚫 Comments are disabled for this video.




Butts has a fit at the Block Club Captains
meeting
by Ed Fleming


Victoria's Secret Model Adriana Lima
Reveals a Lights Out Moment | PEOPLE
by PEOPLE
1,424 views


Mayor Butts at Inglewood Town Hall
by Ed Fleming
65 views


Jack Straw says about you "LET THE
CUNTS HAVE IT"
by katrenbarton
264 views


James T. Butts Inglewood, City of
Inglewood Daniel Tabor Mayor Race.
by InglewoodHearts
300 views


James T. Butts, and two councilmembers
—Padilla & Franklin Leave while Maxine
by Ed Fleming
65 views

YouTube  🌐 Language: English ▾   Country: Worldwide ▾   Safety: Off ▾   🕐 History ▾   ❓ Help

About   Press   Copyright   Creators   Advertise   Developers   +YouTube
Terms   Privacy   Policy & Safety   Send feedback   Try something new!

**Exhibit B-4**






Up Next                                          Autoplay ⓘ ◉▬


Brown Act Violations By The Inglewood
Planning Commission, August 6th 2014?
by Dehol Truth
301 views


James T. Butts Jr. Misleads the Public
About His Voter Registration.
by Dehol Truth
301 views


James T Butts Jr Alibi or apology
by Dehol Truth
301 views


James Butts Accuses The City Clerk Of
Election Fraud
by Dehol Truth
301 views


James Butts exploits the murder of
Fredrick Martin for his own political
by Dehol Truth
301 views


How Has L.A. Taken The Kroenke
Stadium Plan News?
by KTRUSSOTV
122 views

Mayor James Butts Lies About Being a Hypocrite

 Dehol Truth
[ ▶ Subscribe ] 0

301+ views

➕ Add to    ↗ Share    ••• More                              👍 👎


Mayor James T Butts Jr Lies, Hiding
Dangerous Traffic Problems After Forum
by Inglewood's Watchdog
301 views

Published on Sep 28, 2014
After being publicly exposed as the worst kind of a hypocrite, James Butts desperately tries to lie to defend himself. Unfortunately, he can't
make the video evidence go away
Category          News & Politics
License           Standard YouTube License


James T Butts Jr Violates The Law To
Get Reelected #2
by Inglewood's Watchdog
301 views


Butts has a fit at the Block Club Captains
meeting
by Ed Ferring
301 views

SHOW LESS


James Butts Lies Hiding Dangerous
Traffic Problems After Forum Events 2
by Inglewood's Watchdog
301 views

All Comments
ⓘ Comments are disabled for this video.


MSNBC Host Hits Dems on Patriot Act
Hypocrisy
by TYT Interviews
11,011 views


Olbermann wipes Sean Hannity's face
with Sean Hannity's ass 3-3-5
by InTheAntLights1
3,206 views


"Liar for Hire" PART 1 of 3 parts
by Ed Ferring
101 views


Owen Jones's car crash TV on BBC This
Week, March 2012
by thecommentator thecommentator
110 491 views


Liberals Speak From Their Butts
by Freezing Comics Enica Oba Parson At A Time
1,273 views


George Galloway interviews Laurie
Penny on sexist comments by Richard
by bidra
6,274 views


George Galloway - FIFA Elections, Wars,
BGT and Video Games
by oprc73
51 views


Michael Coren with Phillippa Kennedy:
The JkiDum hoax
by +shasfaacroad51
1,265 views


Mayor Butts at Inglewood Town Hall
by Ed Ferring
51 views


James T. Butts Inglewood. City of
Inglewood Daniel Tabor Mayor Race.
by Inglewood Reports
250 views

SHOW MORE

    
**Exhibit B-5**

You Tube
Upload





**Mayor James T Butts Jr Lies, Hiding Dangerous Traffic Problems After Forum Events**

Inglewood's Watchdog

301+ views

Published on Sep 12, 2014
More video evidence that James T. Butts Jr. will lie, and endanger the safety of the public, just to make himself look good

Category    Education
License     Standard YouTube License

SHOW LESS

All Comments

Comments are disabled for this video.

Up Next     Autoplay


James Butts Lies Hiding Dangerous Traffic Problems After Forum Events 2
by Inglewood's Watchdog
174 views


James T Butts Jr Violates The Law To Get Reelected #2
by Inglewood's Watchdog
215 views


James T. Butts Jr. Misleads the Public About His Voter Registration.
by Cabot Yerxa
301 views


Butts has a fit at the Block Club Captains meeting
by Ed Fleming
655 views


James T Butts Jr Alibi or apology
by Cabot Yerxa
321 views


STADIUM APPROVED!!! "Rams 2 Inglewood" (Raw Video)
by RockStarRams
1,259 views


Inglewood Mayor Election Fundraiser Elect Vote For James Butts - Say No
by jamestbuttsmayor
422 views


Inglewood Street Tech - Darren Roth - General Foreman - Mayor James T. Butts
by Inglewood Cal
296 views


Inglewood Mayor James T. Butts on Stan Kroenke's NFL Stadium being shovel
by Eric Goler
229 views


DOORKA HAWEENKA Qiso Naxdinle SOO SAARISTII AMAL HAYSE 07 05 2014
by Somali Channel
147,826 views


Mayor Butts at Inglewood Town Hall
by Ed Fleming
891 views


Butts' missing link Forum excerpt from USA Today
by Ed Fleming
Views


James T. Butts Inglewood, City of Inglewood Daniel Tabor Mayor Race.
by InglewoodReports
500 views


James Butts for Mayor Of Inglewood Front Page Radio Show KJLH
by jamestbuttsmayor
270 views


Inglewood Mayor Race Candidate James T Butts run off with Inglewood Mayor
by JamesButts 4mayor
455 views


James T. Butts, and two councilmembers —Padilla & Franklin Leave while Maxine
by Ed Fleming
45 views


Mayor Butts Discusses Space Shuttle Endeavor's Journey Through Inglewood
by CalScience
481 views


Turkey Giveaway with Inglewood Mayor
by cvachevtv
16,295 views


This January 11, 2011 Elect James T. Butts for Mayor of Inglewood,
by jamestbuttsmayor
265 views


Inglewood California Mayor Race 2011 January 11 Chief Of Police James Butts
by jamestbuttsmayor
274 views

SHOW MORE

**Exhibit B-6**

**MANUALLY LODGED, NOTICE OF LODGING**

# EXHIBIT C



**MANUALLY LODGED, NOTICE OF LODGING**

# EXHIBIT D



**MANUALLY LODGED, NOTICE OF LODGING**

# EXHIBIT E

