DAVIS WRIGHT TREMAINE LLP
THOMAS R. BURKE (State Bar No. 141930)
  thomasburke@dwt.com
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533
Telephone: (415) 276-6500
Fax: (415) 276-6599

DAVIS WRIGHT TREMAINE LLP
DAN LAIDMAN (State Bar No. 274482)
  danlaidman@dwt.com
DIANA PALACIOS (State Bar No. 290923)
  dianapalacios@dwt.com
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendant
Joseph Teixeira

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF INGLEWOOD, a public entity,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JOSEPH TEIXEIRA and Does 1-10,<br><br>　　　　　Defendants. | Case No. **2:15-cv-01815-MWF-MRW**<br><br>Assigned to the Hon. Michael Fitzgerald<br><br>**ORDER REGARDING BRIEFING SCHEDULE AND HEARING ON DEFENDANT'S MOTION TO DISMISS (F.R.C.P. 12(b)(6)) AND MOTION TO STRIKE (F.R.C.P. 12(f))**<br><br>[Stipulation Concurrently Filed]<br><br>Action Filed: March 12, 2015 |

1    Having reviewed and considered the Stipulation of Plaintiff City of Inglewood (the "City") and Defendant Joseph Teixeira, and good cause having been shown, the COURT HEREBY ORDERS that:

1. The hearing on Mr. Teixeira's Motion to Dismiss and Motion to Strike shall be set for June 22, 2015;
2. Mr. Teixeira's Motions and supporting papers shall be filed no later than April 20, 2015;
3. The City's opposition papers shall be filed no later than May 18, 2015.
4. Mr. Teixeira's reply papers shall be filed no later than June 8, 2015.

IT IS SO ORDERED.

DATED: April 17, 2015

_____
Honorable Michael W. Fitzgerald
U.S. DISTRICT COURT JUDGE

ORDER
DWT 26649993v2 0200856-000001

1

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899