```
 1  DAVIS WRIGHT TREMAINE LLP
    THOMAS R. BURKE (State Bar No. 141930)
 2     thomasburke@dwt.com
    505 Montgomery Street, Suite 800
 3  San Francisco, CA 94111-6533
    Telephone:  (415) 276-6500
 4  Fax:  (415) 276-6599

 5  DAVIS WRIGHT TREMAINE LLP
    DAN LAIDMAN (State Bar No. 274482)
 6     danlaidman@dwt.com
    DIANA PALACIOS (State Bar No. 290923)
 7     dianapalacios@dwt.com
    865 South Figueroa Street, 24th Floor
 8  Los Angeles, California  90017-2566
    Telephone:  (213) 633-6800
 9  Fax:  (213) 633-6899

10  Attorneys for Defendant
    Joseph Teixeira
11
```

FILED
CLERK, U.S. DISTRICT COURT
APR 20 2015
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF INGLEWOOD, a public entity,<br><br>        Plaintiff,<br><br>   vs.<br><br>JOSEPH TEIXEIRA and Does 1-10,<br><br>        Defendants. | Case No. **2:15-cv-01815-MWF-MRW**<br><br>Assigned to the Hon. Michael Fitzgerald<br><br>**NOTICE OF LODGING OF DIGITAL VIDEO DISCS IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS AND MOTION TO STRIKE**<br><br>Hearing Date: June 22, 2015<br>Time:          10:00 a.m.<br>Courtroom:  1600<br><br>[Notice of Motion and Motion to Dismiss (Rule 12(b)(6)); Notice of Motion and Motion to Strike (Rule 12(f)); Request For Judicial Notice; Declaration of Joseph Teixeira with Ex. B; Declaration Of Dan Laidman; Notice Of Manual Filing; and [Proposed] Orders Filed Concurrently]<br><br>Action Filed: March 12, 2015 |

LODGED
CLERK, U.S. DISTRICT COURT
APR 17 2015
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant Joseph Teixeira hereby lodges with the Court the following items submitted in support of the concurrently-filed Motion to Dismiss (FRCP 12(b)(6)), and Motion to Strike (FRCP 12(f)):

1. The DVD attached to this Notice as **Exhibit A** contains true and correct copies of the six YouTube videos that are referenced and linked in Paragraph 19 of the Complaint. See Declaration of Joseph Teixeira at ¶¶ 2-3.

2. The DVDs attached to this Notice as **Exhibit C** contain the City of Inglewood's official video recording of the July 20, 2010 Inglewood City Council meeting. See Teixeira Decl. ¶ 5.

3. The DVDs attached to this Notice as **Exhibit D** contain the City of Inglewood's official video recording of the May 22, 2012 Inglewood City Council meeting. See Teixeira Decl. ¶ 6.

4. The DVD attached to this Notice as **Exhibit E** contains the City of Inglewood's official video recording of the February 11, 2014 Inglewood City Council meeting. See Teixeira Decl. ¶ 7.

5. The DVD attached to this Notice as **Exhibit F** contains the City of Inglewood's official video recording of the April 23, 2013 Inglewood City Council meeting. See Declaration of Dan Laidman at ¶ 2.

DATED: April 17, 2015

DAVIS WRIGHT TREMAINE LLP
THOMAS R. BURKE
DAN LAIDMAN
DIANA PALACIOS

By: */s/ Dan Laidman*
          Dan Laidman

Attorneys for Defendant
Joseph Teixeira

NOTICE OF LODGING OF DVDS
DWT 26636433v1 0200856-000001

1

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

☐ **VOLUMINOUS DOCUMENT**

☑ **CD, VIDEO, PHOTOS, OTHER, ETC.**

# AVAILABLE IN THE RECORDS SECTION OF THE CLERK'S OFFICE FOR PUBLIC VIEWING

G–114 (02/09)    **VOLUMINOUS DOCUMENT OR NON DOCUMENT ITEM FOR PUBLIC VIEWING**

**Exhibit A**

☐ **VOLUMINOUS DOCUMENT**

☑ **CD, VIDEO, PHOTOS, OTHER, ETC.**

# AVAILABLE IN THE RECORDS SECTION OF THE CLERK'S OFFICE FOR PUBLIC VIEWING

G–114 (02/09)     **VOLUMINOUS DOCUMENT OR NON DOCUMENT ITEM FOR PUBLIC VIEWING**

**Exhibit C**
Parts 1 and 2

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

☐ **VOLUMINOUS DOCUMENT**

☑ **CD, VIDEO, PHOTOS, OTHER, ETC.**

**AVAILABLE IN THE RECORDS**

**SECTION OF THE CLERK'S**

**OFFICE FOR PUBLIC VIEWING**

G–114 (02/09)     **VOLUMINOUS DOCUMENT OR NON DOCUMENT ITEM FOR PUBLIC VIEWING**

**Exhibit D**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

☐ **VOLUMINOUS DOCUMENT**

☑ **CD, VIDEO, PHOTOS, OTHER, ETC.**

**AVAILABLE IN THE RECORDS SECTION OF THE CLERK'S OFFICE FOR PUBLIC VIEWING**

G–114 (02/09)     VOLUMINOUS DOCUMENT OR NON DOCUMENT ITEM FOR PUBLIC VIEWING

**Exhibit E**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

☐ **VOLUMINOUS DOCUMENT**

☒ **CD, VIDEO, PHOTOS, OTHER, ETC.**

**AVAILABLE IN THE RECORDS**

**SECTION OF THE CLERK'S**

**OFFICE FOR PUBLIC VIEWING**

G-114 (02/09)   VOLUMINOUS DOCUMENT OR NON DOCUMENT ITEM FOR PUBLIC VIEWING

**Exhibit F**

## PROOF OF SERVICE BY FEDERAL EXPRESS

I, Ellen Duncan, declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I am employed in the City and County of Los Angeles, State of California, in the office of a member of the bar of this court, at whose direction the service was made. I am over the age of eighteen (18) years, and not a party to or interested in the within-entitled action. I am an employee of DAVIS WRIGHT TREMAINE LLP, and my business address is 865 South Figueroa Street, Suite 2400, Los Angeles, CA 90017-2566.

On April 17, 2015 I caused to be served **NOTICE OF LODGING OF DIGITAL VIDEO DISCS IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS AND MOTION TO STRIKE** on the party referenced below:

**JoAnna M. Esty, Esq.**
**jmesty@majestylaw.com**
**Majesty Law Group PLC**
**6080 Center Drive, 6th Floor**
**Los Angeles, CA 90045**
**Tel: (310) 376-2512**
**Fax: (888) 618-0360**

[X] **I enclosed a true and correct copy of said document in an envelope, and placed it for collection and mailing via Federal Express on April 17, 2015, for delivery on April 18, 2015. I am familiar with the practice at my place of business for collection and processing of correspondence for overnight delivery by Federal Express.**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 17, 2015 at Los Angeles, California.

_____        _____
Ellen Duncan                                            *(signature)*
Print Name                                              Signature

PROOF OF SERVICE
DWT 26662792v1 0200856-000001