UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 15-1815-MWF(SSx)**                               Dated: **June 22, 2015**

Title:      City of Inglewood -v- Joseph Teixeira, et al.

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

|  Rita Sanchez | Lisa Gonzalez |
|  Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

JoAnna M. Esty                              Thomas R. Burke
                                            Daniel A. Laidman

**PROCEEDINGS:**   **MOTION TO STRIKE PLAINTIFF'S REQUEST FOR ATTORNEY'S FEES [8];**
**MOTION TO DISMISS COMPLAINT [9]**

The Courtroom Deputy Clerk distributes the Court's tentative ruling prior to the case being called.

Case called, and counsel make their appearance. The Court hears oral argument from counsel and takes the matter under submission. An order will issue.

Initials of Deputy Clerk   rs

-1-                                                                           :32 min