UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.** CV–15–01815–MWF (MRWx)     **Date:** July 1, 2015
**Title:** City of Inglewood -*v*- Joseph Teixeira, et al.

**Present:** The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
|---|---|
| Rita Sanchez | Not Reported |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None Present | None Present |

**Proceedings (In Chambers):** ORDER REJECTING LETTER COMMUNICATION FROM PLAINTFF DATED JUNE 30, 2015

    On June 30, 2015, Plaintiff the City of Inglewood submitted a second letter to the Court by email to the Court's Courtroom Deputy. The Court **REJECTS** the letter and its attachments, and instructs Plaintiff to file it on the Docket as instructed in its Order Re Plaintiff's Communication Re Follow Up To June 22, 2015 Hearing On Motion To Dismiss. (Docket No. 20).

    As the Court noted in its last Order, it is not the custom in this District for parties to communicate with the Court by letter. Apart from routine scheduling issues handled by the Courtroom Deputy Clerk by email or voicemail, communication with the Court should take place by filing any communication on the Docket with a proof of service, and not by email or letter. Local Rule 83-2.5. Any future communication that does not take place through the Docket will be similarly rejected.

    The letter and any attachments shall be filed by **July 2, 2015**.

    IT IS SO ORDERED.