AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| City of Inglewood ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 2:15-cv-01815 |
| Joseph Teixeira ) | |
| ) | |
| *Defendant* ) | |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To:   YOUTUBE, LLC / Custodian of Records
      YOUTUBE Inc. / Custodian of Records

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: From: 2010 to present: the identity and complete history of video uploads, downloads and removals, privacy setting for all uploads, all publishing dates and all modification information for any uploads, and copies of original and modified videos for Youtube Users: Dehol Truth, Inglewood's Watchdog, and Ingle wood.

| Place: Majesty Law Group, 6080 Center Drive, 6th Floor, Los Angeles, CA 90045 | Date and Time: 08/03/2015 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 06/30/2015

CLERK OF COURT

_____                           OR   */s/ JoAnna M. Esty*
*Signature of Clerk or Deputy Clerk*                      *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* City of Inglewood , who issues or requests this subpoena, are:
JoAnna M. Esty, Majesty Law Group, 6080 Center Dr., Los Angeles, CA 90045, jmesty@majestylaw.com, 310-376-2512

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| JoAnna M. Esty, Esq.<br>Majesty Law Group<br>6080 Center Drive, 6th Floor<br>Los Angeles, CA 90045 | | | | |
| Telephone No: 310-376-2512 | FAX No: 888-618-0360 | | | |
| | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Central District Of California | | | | |
| Plaintiff: City of Inglewood | | | | |
| Defendant: Joseph Teixeira | | | | |
| **PROOF OF SERVICE** | Hearing Date:<br>Mon, Aug. 03, 2015 | Time:<br>10:00AM | Dept/Div: | Case Number:<br>215CV01815 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Subpoena to Produce Documents, Information, or Objects or To Permit Inspection of Premises in a Civil Action

3. a. Party served:                YouTube, LLC / Custodian of Records, YouTube Inc., Custodian of Records
   b. Person served:               Becky DeGeorge, Person Authorized to Accept

4. Address where the party was served:    CSC Lawyers
                                          2710 Gateway Oaks Dr, Suite 150 N
                                          Sacramento, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue., Jun. 30, 2015 (2) at: 2:30PM
   b. I received this subpoena for service on:   Tuesday, June 30, 2015

6. Witness fees were not demanded or paid.

7. **Person Who Served Papers:**
   a. Daniel S. Singh
                                                                Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. **The Fee** for Service was:    $65.00

   **1500 W. El Camino Avenue, #510**
   **Sacramento, CA 95833**
   **855-5VALPRO, Fax (866) 900-4665**
   **www.ValproAttorneyServices.com**

   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.:    2013-47
      (iii) County:             Sacramento

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   Date: Tue, Jun. 30, 2015

Rule 2.150.(a)&(b) Rev January 1, 2007
Judicial Council Form             PROOF OF SERVICE             (Daniel S. Singh)
                                                                                   ma18.4237