UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

| | | |
|---|---|---|
| Case No. | **CV 15-1815-MWF(MRWx)** | Dated: **July 7, 2015** |
| Title: | City of Inglewood *-v-* Joseph Teixeira, et al. | |

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

| Cheryl Wynn | Myra Ponce |
|---|---|
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| JoAnna M. Estey | Daniel A. Laidman |
| | Thomas R. Burke |

PROCEEDINGS:   TELEPHONIC STATUS CONFERENCE

Case called, and counsel state their telephonic appearances.

The Court and counsel confer, and for the reasons stated on the record, the Court overrules defendant's objection to plaintiff's subpoena. Additionally, the Court orders the subpoena modified pursuant to the discussion on the record.

**IT IS SO ORDERED.**

Initials of Deputy Clerk   cw

: 14 min