**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

FOR COURT USE ONLY
DUE DATE:

## TRANSCRIPT DESIGNATION AND ORDERING FORM

| Field | Value |
|---|---|
| 1. NAME | Dan Laidman |
| 2. PHONE NUMBER | 213-633-6800 |
| 3. DATE | July 8, 2015 |
| 4. FIRM NAME | DAVIS WRIGHT TREMAINE LLP |
| 5. E-MAIL ADDRESS | danlaidman@dwt.com |
| 6. MAILING ADDRESS | 865 South Figueroa Street, Suite 2400 |
| 7. CITY | Los Angeles |
| 8. STATE | CA |
| 9. ZIP CODE | 90017 |
| 10. CASE NUMBER | CV 15-1815-MWF |
| 11. CASE NAME | City of Inglewood v. Joseph Teixeira |
| 12. JUDGE | Hon. Michael W. Fitzgerald |

13. APPEAL CASE NUMBER:
14. ORDER FOR: ☐ APPEAL ☒ NON-APPEAL ☐ CRIMINAL JUSTICE ACT ☐ IN FORMA PAUPERIS ☐ AUSA ☐ FPD ☐ OTHER

15. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) Attach additional page for designations if necessary.

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| July 7, 2015 | Myra Ponce | ☒ OTHER (PLEASE SPECIFY): Telephonic Status Conference |

16. ORDER: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.

| CATEGORY | ORIGINAL + 1 | FORMAT | |
|---|---|---|---|
| ORDINARY | ☐ | PAPER COPY | ☒ |
| 14 DAYS | ☐ | PDF FORMAT | ☐ |
| 7 DAYS | ☒ | ASCII FORMAT | ☐ |
| DAILY | ☐ | OTHER | ☐ |
| HOURLY | ☐ | | |
| REAL TIME | ☐ | | |

FOR ADDITIONAL COPIES, CONTACT COURT REPORTER OR TRANSCRIPTION AGENCY

19. Transcription agency for digitally recorded proceedings:

(CERTIFICATION 17 & 18)
By signing the below, I certify that I will pay all charges (deposit plus additional).

20. Month: Day: Year:
Transcript payment arrangements were made with: Myra Ponce, CSR

17. DATE: July 8, 2015
18. SIGNATURE: [signed]

NAME OF OFFICIAL: ___
Payment of estimated transcript fees were sent on the following date:
Month: July Day: 8 Year: 2015

G-120 (09/12)

American LegalNet, Inc.
www.FormsWorkFlow.com